**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2093**

KENNETH SANDERS,

            Plaintiff - Appellant,

    v.

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,

            Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Alexander Williams, Jr., District Judge.  (8:11-cv-02153-AW)

Submitted: January 21, 2014          Decided: January 23, 2014

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kenneth Sanders, Appellant Pro Se.   Brian Patrick Downey, Kathleen Ann Mullen, PEPPER HAMILTON, LLP, Harrisburg, Pennsylvania, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Sanders seeks to appeal the district court's order in his civil action granting Defendant's motion for summary judgment in part and closing the case. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on July 30, 2013. The notice of appeal was filed on August 30, 2013. Because Sanders failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny Sanders leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED